UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

METROPOLITAN LIFE INSURANCE COMPANY,

                Plaintiff,

    -against-

TRACY BLATNEY, HOPE MURPHY, AND
LAURIE MACLEOD,

                Defendants.

Index Number 1:07-cv-00353

NOTICE OF DISMISSAL

TO ALL PARTIES:

    **TAKE NOTICE** that Plaintiff, Metropolitan Life Insurance Company ("MetLife"), by and through its undersigned counsel, hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure which provides in relevant part that an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.

Dated: June 1, 2007
       New York, NY

                                    Alvin Pasternak
                                    Bar Roll No. 103619
                                    Attorney for Plaintiff
                                    MetLife
                                    1 MetLife Plaza
                                    27-01 Queens Plaza North
                                    Long Island City, NY 11101
                                    (212) 578-3735 (Tel)

**SO ORDERED:**

U.S. District Judge
Date: 6/4/07